

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2016

No. 04-15-00405-CV

David **GILLESPIE** and Michael O'Brien,
Appellants

v.

A.L. **HERNDEN** and Frederick R. Zlotucha,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10278
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

On December 14, 2016, this court issued its opinion and judgment in this appeal. On December 16, 2016, Appellants filed an unopposed first motion for extension of time to file a motion for rehearing and a motion for en banc reconsideration until January 30, 2017. *See* TEX. R. APP. P. 49.1, .7, .8.

Appellants' motion for extension of time is GRANTED. Appellants' motion for rehearing and motion for en banc reconsideration are due on January 30, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court